UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBIN BRYANT,
       Plaintiff,

       v.                                    Civil Action
                                              No. 11-30147-JLT
MICHAEL J. ASTRUE, COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION,
       Defendant.

## MEMORANDUM AND ORDER

TAURO, D.J.

    On May 31, 2011, Plaintiff Robin Bryant ("Bryant") filed a self-prepared Complaint for judicial review of the denial of Social Security benefits. See Complaint (Docket No. 2). Along with the Complaint, Bryant filed an Application to proceed *in forma pauperis* (Docket No. 1).

    On June 1, 2011, Magistrate Judge Neiman denied, by Electronic Order, Bryant's motion because it was unclear whether she had exhausted her administrative remedies and whether her Complaint was timely. Thereafter, on July 20, 2011, Judge Ponsor issued an Order (Docket No. 3) directing Bryant to file a document reflecting notification that the Social Security Administration had issued its final ruling with regard to her claim for benefits.

    On July 28, 2011, Bryant filed an Exhibit (Docket No. 4), which was the Notice of Decision Review Board Action, dated March 28, 2011. The Notice advised her of the final agency decision and indicated that she had 60 days to file a civil action, from

the date of receipt of the Notice.

Subsequently, this action was reassigned to the undersigned from Judge Ponsor.

In light of the reassignment, and upon review of the record, it is hereby ORDERED that:

(1) The prior Electronic Order denying Bryant's Motion for Leave to Proceed *in forma pauperis* (Docket No. 1) is <u>VACATED</u>. Based on Bryant's financial disclosures, the Motion for Leave to Proceed *in forma pauperis* (Docket No. 1) now is <u>ALLOWED</u>.

(2) The Clerk shall issue summons(es).

(3) The Clerk shall send the summons(es), Complaint, and this Order to Bryant, who must thereafter serve the Defendant(s) in accordance with Federal Rule of Civil Procedure 4(m). Bryant may elect to have service made by the United States Marshal Service. If directed by Bryant to do so, the United States Marshal Service shall serve the summons(es), Complaint, and this Order upon the Defendant(s), in the manner directed by her, with all costs of service to be advanced by the United States Marshal Service. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, Bryant shall have 120 days from the date of this Order to complete service.

SO ORDERED.

<u>/s/ Joseph L. Tauro</u>
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

DATED: August 16, 2011